UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-4345
_____

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY,
       Appellant

v.

FEDERAL BUREAU OF INVESTIGATION;
DEPARTMENT OF JUSTICE
_____

On Appeal from the United States District Court
for the District of New Jersey
District Court No. 2-11-cv-02553
District Judge: The Honorable Esther Salas
_____

Argued  September 10, 2013

Before: SMITH, SLOVITER, and ROTH, *Circuit Judges*

(Filed: October 23, 2013 )

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on September 10, 2013.  On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered October 2, 2012, be and the same is

hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.  Costs taxed against Appellant.

                                                Attest:

DATED: October 23, 2013                <u>/s/Marcia M. Waldron</u>

                                                Clerk